AMERICAN WOOLEN CO., INC., Respondent, v. LOUIS J. SINGERWITZ, Appellant, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ELSIE MOLTZ, Respondent, v. GEORGE MOLTZ, Appellant.— Order modified by reducing amount of alimony to be paid to the plaintiff for her support and maintenance to the sum of $20 per week, and the amount of counsel fee to the sum of $150, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE MCCALL COMPANY, Respondent, v. MAXWELL PARK CORPORATION and Others, Defendants, Impleaded with SAUL RAVITCH and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

HARRY ALBERS, Respondent, v. ROBERT MULLIGAN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application for a Compulsory Accounting in the Estate of ELLA SHAW, Deceased.— Order affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

A. SANTINI & SONS, INC., Appellant, v. AMEDEO BIAGINI and Another, Doing Business under the Firm Name, etc., Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of MORRIS DURST to Have the Order of Disbarment Modified.— Motion denied. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of WILLIAM A. SCHACHT, for Reinstatement as a Member of the Bar.— Motion denied. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CHARLES B. STOUDT, as Administrator, etc., of CHARLES BAKER, Deceased, v. GUARANTY TRUST COMPANY OF NEW YORK and Another, as Trustees under a Deed of Trust Dated July 2, 1931.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

FLORENCE T. KAHNWEILER v. SAMUEL KATZENSTEIN, Impleaded with CLIFFORD ARCHER FURST.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.